QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PATRICE DECOSTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. NO.99-0309 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| PATRICE DECOSTA, ) | Date:  June 30, 2005 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant United States Attorney, and defendant, PATRICE DECOSTA, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the judgment and sentencing hearing set for June 23, 2005 be reset for Thursday, June 30, 2005 at 10:00 a.m.

/ /

/ /

/ /

/ /

/ /

/ /

1  This continuance is being requested because defense counsel will
2 be out of town and more time is needed by the parties to resolve this
3 matter and prepare.

6 Dated: May 4, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/S/ LIVIA R. MORALES
_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
PATRICE DECOSTA

DATED: May 4, 2005

McGREGOR SCOTT
United States Attorney

/S/ SAMANTHA SPANGLER
_____
SAMANTHA SPANGLER
Assistant United States Attorney

  IT IS SO ORDERED.

Dated: May 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2